FormCACB 105 (AO:finmgtnotice)
(10/05)

# United States Bankruptcy Court
## Central District Of California

**255 East Temple Street, Los Angeles, CA 90012**

# NOTICE OF REQUIREMENT TO FILE A
# STATEMENT OF COMPLETION OF COURSE IN
# PERSONAL FINANCIAL MANAGEMENT
# (Official Form 23)

**DEBTOR(S) INFORMATION:**
Roberto E Ayala
**SSN:** xxx–xx–9199
**EIN:** N/A

1273 E. 57th St.
Los Angeles, Ca 90011

**BANKRUPTCY NO.** 2:07–bk–20865–BB
**CHAPTER** 7

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 (11 U.S.C. § 727). Pursuant to Rule 1007(b)(7) of the Interim Rules of Bankruptcy Procedure, the debtor(s) must complete and file Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23)* as described in 11 U.S.C. § 111.

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that Official Form 23 must be filed before a discharge can be entered. Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must file Official Form 23 within 45 days after the first date set for the meeting of creditors under § 341. Failure to file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Official Form 23, the debtor(s) must pay the full reopening fee due for filing the motion.

This is **not** the same form as the Certificate of Credit Counseling that you may have filed at the beginning of your case. This is a **different** form. A copy of the Official Form 23 is included with this notice. Additional copies of the Official Form 23 can be obtained at www.cacb.uscourts.gov.

Dated: November 26, 2007

BY THE COURT,
**Jon D. Ceretto**
Clerk of Court

*NOTE: Official Interim Form 23 (Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management) must be filed in all individual chapter 13 and chapter 7 cases even if the U.S. Trustee has not approved any credit counseling agency or financial management course for the applicable district. See Interim Rule 1007(b)(7).

# THE OFFICIAL FORM 23 IS ATTACHED

(Form rev. 01/07) VAN–105

**4 / ALR**

**THIS PAGE IS LEFT BLANK INTENTIONALLY**

Form B23 (Official Form 23) – (10/06)                                                    2006 USBC, Central District of California

<table>
<tr><td colspan="2" align="center">**United States Bankruptcy Court**<br>**Central District Of California**</td></tr>
<tr><td>In re:<br>Roberto E Ayala<br><br><br> Debtor(s). </td><td>CHAPTER NO.:  7<br><br><br>CASE NO.:  2:07–bk–20865–BB</td></tr>
</table>

## DEBTOR'S CERTIFICATION OF COMPLETION
## OF INSTRUCTIONAL COURSE CONCERNING
## PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7 or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification.   Complete one of the following statement and file by the deadline stated below:*

☐   I,_____, the debtor in the above–styled case hereby certify that on
                    *(Print Name of Debtor)*

_____. I completed an instructional course in personal financial management provided by
            *(Date)*

_____, and approved personal financial management instruction provider.
            *(Name of Provider)*

        Certification No.: _____

☐   I,_____, the debtor in the above–styled case hereby certify that no
                    *(Printed Name of Debtor)*

personal financial management course is required because:

                *[Check the appropriate box.]*

        ☐        Incapacitated or disablility, as defined in 11 U.S.C. § 109(h);

        ☐        Active military duty in a military combat zone; or

        ☐        Residence in a district in which the United States trustee (or bankruptcy administrator)
                 has determined that the approved instructional courses are not adequate at this time to
                 serve the additional individuals who would otherwise be required to complete such
                 courses.

Date _____        Signature _____
                                                                    *Debtor*

*Instructions: Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do **NOT inlcude with the petition when filing your case.***

*Filing Deadlines: In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b) of the Code. (see Fed. R. Bankr. P. 1007(c).)*

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0973-2        User: alazoC            Page 1 of 1           Date Rcvd: Nov 26, 2007
Case: 07-20865             Form ID: van105          Total Served: 4
```

```
The following entities were served by first class mail on Nov 28, 2007.
db          +Roberto E Ayala,   1273 E. 57th St.,   Los Angeles, Ca 90011-4822
aty         +Michael H Colmenares,   Colmenares & Tomilowitz,   1321 Post Ave, Ste 201,
              Torrance, CA 90501-2641
tr          +Carolyn A Dye,   Law Offices of Carolyn Dye,   3435 Wilshire Blvd, Suite 1045,
              Los Angeles, CA 90010-1939
ust         +United States Trustee (LA),   725 S Figueroa St., 26th Floor,   Los Angeles, CA 90017-5524

The following entities were served by electronic transmission.
NONE.                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 28, 2007**                    **Signature:** _Joseph Speetjens_