B18 (Official Form 18) (12/07)

# United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# **DISCHARGE OF DEBTOR**

**DEBTOR(S) INFORMATION*:**  
Roberto E Ayala

**BANKRUPTCY NO.**  
2:07−bk−20865−BB

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−9199

**CHAPTER**  7

**Employer Tax−Identification (EIN) No(s).(if any):** N/A

**Address:**  
1273 E. 57th St.  
Los Angeles, Ca 90011

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT,

Dated: March 11, 2008

**Jon D. Ceretto**  
Clerk of the Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

_____

*Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

(Form rev. 12/07) VAN−30

9/ MPM

B18 (Official Form 18) Cont. (12/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes;
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift savings Plan for federal employees for certain types of loads form these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0973-2           User: pmendozaC                 Page 1 of 1                  Date Rcvd: Mar 11, 2008
Case: 07-20865                 Form ID: b18                   Total Served: 19

The following entities were served by first class mail on Mar 13, 2008.
db           +Roberto E Ayala,    1273 E. 57th St.,    Los Angeles, Ca 90011-4822
aty          +Michael H Colmenares,    Colmenares & Tomilowitz,    1321 Post Ave, Ste 201,
               Torrance, CA 90501-2641
tr           +Carolyn A Dye,    Law Offices of Carolyn Dye,    3435 Wilshire Blvd, Suite 1045,
               Los Angeles, CA 90010-1939
smg           Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
               Sacramento, CA 94280-0001
smg           Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA 90053-0200
ust          +United States Trustee (LA),    725 S Figueroa St., 26th Floor,    Los Angeles, CA 90017-5524
19597901     +Aspire,    PO Box 23007,    Columbus, GA 31902-3007
19597902      Bank of America,    P.O. Box 15726,    Wilmington, DE 19886-5726
19597904     +Beneficial,    c/o NCB Management Services, Inc.,    P.O. Box 1099,    Langhorne, PA 19047-6099
19597906     +Citibank (South Dakota), N.A,    c/o Alliance One Receivables Manage,    P.O. Box 21882,
               Saint Paul, MN 55121-0882
19597908     +La Curacao,    1605 W. Olympic Blvd.,    Suite 700,    Los Angeles, CA 90015-3832
19597909     +Macy's,    P.o.Box 6938,    The Lakes, NV 88901-6938
19597910     +Office of The U.S. Trustee,    Ernst & Young Plaza,    725 S. Figueroa St., 26th. Floor,
               Los Angeles, CA 90017-5524
19597912    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    PO Box 790408,    Saint Louis, MO 63179)

The following entities were served by electronic transmission on Mar 12, 2008.
tr           +EDI: QCADYE.COM Mar 12 2008 07:58:00      Carolyn A Dye,    Law Offices of Carolyn Dye,
               3435 Wilshire Blvd, Suite 1045,    Los Angeles, CA 90010-1939
smg           EDI: CALTAX.COM Mar 12 2008 07:59:00      Franchise Tax Board,    ATTN: Bankruptcy,    P.O. Box 2952,
               Sacramento, CA 95812-2952
19597902      EDI: BANKAMER2.COM Mar 12 2008 07:59:00      Bank of America,    P.O. Box 15726,
               Wilmington, DE 19886-5726
19597905     +EDI: CHASE.COM Mar 12 2008 07:59:00      Chase,    P.o.Box 94014,    Palatine, IL 60094-4014
19597907     +EDI: RMSC.COM Mar 12 2008 07:57:00      JC Penney,    P.o.Box 960001,    Orlando, FL 32896-0001
19597911     +EDI: WTRRNBANK.COM Mar 12 2008 07:59:00      Target,    P.o.Box 59317,    Minneapolis, MN 55459-0317
19597912      EDI: USBANKARS.COM Mar 12 2008 07:57:00      US Bank,    PO Box 790408,    Saint Louis, MO 63179
19597913     +EDI: WTRWFNNB.COM Mar 12 2008 07:59:00      Victoria Secrect,    P.o.Box 659728,
               San Antonio, TX 78265-9728
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19597903*    +Bank of America,    P.O. Box 15726,    Wilmington, DE 19886-5726
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 13, 2008**                **Signature:**    _Joseph Speetjens_